IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MELISSA EDMONDS**, | ) | CIVIL ACTION NO. **23-1739** |
| Plaintiff, | ) | |
| v. | ) | |
| **MEDICAL DEPARTMENT; ALLEGHENY COUNTY JAIL, and SGT. JUSTICE,** | ) | |
| Defendants. | ) | |

## ORDER OF COURT

AND NOW, this 10th day of July, 2024, in accordance with the memorandum opinion, it is hereby ORDERED that the complaint is dismissed and Civil Action No. 23-1739 is marked closed, without prejudice to plaintiff's ability to pursue her claims in a new case. The magistrate judge's report and recommendation (ECF No. 9) is adopted as the opinion of the court, as supplemented in the memorandum opinion.

BY THE COURT

*/s/ Joy Flowers Conti*
JOY FLOWERS CONTI
SENIOR UNITED STATES DISTRICT JUDGE

1